**UNITED ASSOCIATION UNION LOCAL 290 PLUMBER, STEAMFITTER & SHIPFITTER INDUSTRY PENSION TRUST, Plaintiff–Appellant,**

v.

**Thomas F. LENNON, as receiver for Capital Consultants, LLC, fka Capital Consultants, Inc., Defendant–Appellee.**

No. 03–35775.

United States Court of Appeals, Ninth Circuit.

Submitted July 16, 2004.*

Decided Jan. 28, 2005.

Joseph S. Voboril, Esq., Tonkon, Torp, Galen, Marmaduke & Booth, Portland, OR, for Plaintiff–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

Barbee B. Lyon, Esq., Tonkon Torp, LLP, Portland, OR, Loraine L. Pedowtiz, Esq., Allen Matkins Leck Gamble & Mallory, San Diego, CA, for Defendant–Appellee.

Before: REAVLEY,** W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM ***

As the district court had decided in a separate action that the contested properties were part of the Capital Consultants, LLC receivership estate, the district court properly dismissed this action for declaratory judgment as moot.

AFFIRMED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Cir. Rule 36–3.